UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAURICE FELDER,                    *
                                   *
           Plaintiff,              *
                                   *
v.                                 *          Civil Action No. 10-10233-JLT
                                   *
THOMAS DICKHAUT,                   *
                                   *
           Defendant.              *

ORDER

November 4, 2010

TAURO, J.

After reviewing the written submissions, this court hereby orders that:

1.     Respondent's Motion for Leave to Dispense with the Conference Requirement of
       Local Rule 7.1 [#8] is ALLOWED.

2.     Respondent's Motion for Scheduling Order [#14] is DENIED AS MOOT IN
       PART and ALLOWED IN PART.  To the extent that the deadlines that
       Respondent requests have passed, the Motion is DENIED AS MOOT.  To the
       extent that Respondent requests a Scheduling Order, the Motion is ALLOWED.

3.     Petitioner may file any memorandum of law in support of the petition for writ of
       habeas corpus no later than January 4, 2011.

4.     Respondent may file any memorandum of law in opposition to the petition for writ

1

of habeas corpus no later than March 4, 2011.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro
United States District Judge