UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAURICE FELDER | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 10-10233-JLT |
| | * | |
| THOMAS DICKHAUT, | * | |
| | * | |
| Respondent. | * | |

ORDER

November 17, 2010

TAURO, J.

Presently at issue is Petitioner's Motion to Stay the Petition for Writ of Habeas Corpus (II) [#17]. On February 8, 2010, Petitioner submitted a similar Motion,[1] which this court denied in an Order [#13] of April 29, 2010. For the reasons set forth in that Order, Petitioner's Motion to Stay the Petition for Writ of Habeas Corpus (II) [#17] is DENIED.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge

---

[1] Mot. Stay § 2254 Pet. & Hold Abeyance While Pet'r Exhaust Further State Remedies [#3].