UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURICE FELDER, | * |
| Petitioner, | * |
| v. | * Civil Action No. 10-10233-JLT |
| THOMAS DICKHAUT, | * |
| Respondent. | * |

ORDER

July 11, 2011

TAURO, J.

    This court ACCEPTS and ADOPTS the June 9, 2011 Report and Recommendation [#22] of Magistrate Judge Collings. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's Petition [#1] is DENIED WITHOUT PREJUDICE to Petitioner filing a new petition within 162 days of the date on which the state courts have acted with finality on his motion for a new trial. This case is CLOSED.

IT IS SO ORDERED.

                                                        /s/ Joseph L. Tauro
                                                   United States District Judge