UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAURICE FELDER, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 10-10233-JLT |
| | * | |
| THOMAS DICKHAUT, | * | |
| | * | |
| Respondent. | * | |

ORDER

September 10, 2013

TAURO, J.

This court ACCEPTS and ADOPTS the August 26, 2013 Report and Recommendation [#43] of Magistrate Judge Collings. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's Petition [#1] is DENIED. This case is CLOSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　  /s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　United States District Judge